ACCEPTED
03-15-00469-CR
7918756
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 9:26:26 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00469-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 9:26:26 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JAMES MICHAEL RESER, Appellant | § | IN THE COURT OF APPEALS |
| V. | § | THIRD DISTRICT |
| THE STATE OF TEXAS, Appellee | § | AUSTIN, TEXAS |

### APPELLANT'S MOTION FOR EXTENSION OF TIME FOR FILING APPELLANT'S BRIEF

Pursuant to Rules 38.6(d) and 10.5(b), Texas Rules of Appellate Procedure, Appellant respectfully moves for an extension of time to file appellant's brief herein, and in support of said motion would show the following:

I.

The original deadline for the filing of appellant's brief is November 23, 2015.

II.

Appellant's seeks a 45 day extension of time for filing appellant's brief, i.e. to January 7, 2016.

III.

There have been no previous requests for an extension of time to file appellant's brief either sought or granted.

IV.

The facts relied upon to reasonably explain the need for an extension are as follows:

1. The appellate record in this case is lengthy. The Reporter's record consists of 14 volumes plus an additional volume of exhibits. The Clerk's Record consists of 194 pages.

2. Attorney for Appellant is a solo practicioner with a civil and criminal practice practicing in Williamson and surrounding counties in both state and federal courts. Since receiving the reporter's record, attorney has had court appearances in Williamson and Bastrop counties.

3. Attorney for Appellant also serves as Of Counsel to the Law Firm of Charles Lance in addition to her own practice, assisting Mr. Lance when the need or opportunity arises.

WHEREFORE, appellant prays that this Motion for Extension of Time for Filing Appellant's Brief be granted and that the deadline for filing appellant's brief be extended to January 7, 2016.

Respectfully submitted,

**LAW OFFICE OF JANA K. MCCOWN**

By: /s/ Jana K. McCown
 Jana K. McCown
 State Bar No. 14085100

3613 Williams Drive, Suite 102
Georgetown, Texas 78628
Telephone: (512) 635-7575
Facsimile: (512) 868-2229
jkmccownlaw@gmail.com

CERTIFICATE OF SERVICE

A copy of the foregoing Appellant's Motion for Extension of Time for Filing Appellant's Brief was served on November 18, 2015, in compliance with Rule 9.5, Texas Rules of Appellate Procedure through the electronic filing manager and in compliance with Third Court of Appeals Local Rule 3(c), on Assistant District Attorney John Prezas with the Williamson County District Attorney's office.

/s/ Jana K. McCown
Jana K. McCown


CERTIFICATE OF CONFERENCE

On November 18, 2015, Attorney for Appellant held a telephone conference with Assistant District Attorney John Prezas, the appellate attorney for the Williamson County District Attorney's office regarding this Motion for Extension of Time for Filing Appellant's Brief. Mr. Prezas advised counsel that he has no objection to the Court granting the motion.

/s/ Jana K. McCown
Jana K. McCown

**No. 03-15-00469-CR**

| | | |
|---|---|---|
| JAMES MICHAEL RESER, Appellant | § | IN THE COURT OF APPEALS |
| V. | § | THIRD DISTRICT |
| THE STATE OF TEXAS, Appellee | § | AUSTIN, TEXAS |

## ORDER ON APPELLANT'S MOTION FOR EXTENSION OF TIME FOR FILING APPELLANT'S BRIEF

On this ____ day of _____, 2015, came on to be considered the Motion for Extension of Time for Filing Appellant's Brief; and the court, having considered said motion, finds that it should be and is hereby GRANTED.

It is, therefore, ordered that Appellant shall have until **January 7, 2016**, to file appellant's brief herein.

_____
Justice, Third Court Of Appeals